UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT JEFFREY FARMER, | ) | |
| Petitioner, | ) | 2:93-cv-0434-JCM-CWH |
| vs. | ) | |
| | ) | **ORDER** |
| JACKIE CRAWFORD, *et al.*, | ) | |
| Respondents. | ) | |

This action is a petition for a writ of habeas corpus by Robert Jeffrey Farmer, a Nevada prisoner. The case has been stayed since August 30, 2006, pending proceedings in state court. *See* Order entered August 30, 2006 (ECF No. 185).

On June 12, 2012, petitioner's counsel filed a "Suggestion of Death and Motion to Dismiss" (ECF No. 201). In that filing, counsel states that Farmer died on April 24, 2012. Suggestion of Death and Motion to Dismiss (ECF No. 201), p. 1, lines 17-18. Counsel asserts that Farmer's death moots this action, and requests that the action should therefore be dismissed.

Farmer's death renders his habeas corpus action moot, and subject to dismissal. *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005); *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003).

The court will, therefore, grant the motion to dismiss this action, and dismiss the action without prejudice on account of the petitioner's death.

1 **IT IS THEREFORE ORDERED** that the motion to dismiss (ECF No. 201) is **GRANTED**.

2 **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, as moot, on account of the death of the petitioner.

**IT IS FURTHER ORDERED** that the clerk of the court shall **ENTER JUDGMENT ACCORDINGLY**.

Dated this 15th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE